CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Roberto CASTRO-Garcia**<br>**YOB: 1984, Mexican citizen** | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br><br>25-09693MJ |

Complaint for violation of Title 18, United States Code §§ 554(a) and 922(g)(1)(A)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

**COUNT 1:** On or about November 20, 2025, in the District of Arizona, Defendant **Roberto CASTRO-Garcia** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article, or object, that is: a Glock 36, .45 caliber handgun, a Colt 1911, .45 caliber handgun, a Springfield XD, .45 caliber handgun, a HK VP9 9mm caliber handgun, a Sport King .22 LR caliber handgun, a Sig Sauer SGM400 .223 caliber rifle, a RIA Imports VR80 12-gauge shotgun, a Benelli Urbino 12-gauge shotgun, a F1 Firearms FDR16 Multi caliber rifle, a Springfield Armory Saint Victor Multi caliber rifle, a Norinco Mak90 7.62X39 caliber rifle, and a HOWA Model 1500 6.5 Creedmore rifle, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738; in violation of Title 18, United States Code3, Section 554(a).

**COUNT 2**: On or about November 20, 2025, in the District of Arizona, the defendant **Roberto CASTRO-Garcia**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms, that is: (1) a Glock 36, .45 caliber handgun, bearing serial number DV5730US, (2) a Colt 1911, .45 caliber handgun, bearing serial number GV233270, (3) a Springfield XD, .45 caliber handgun, bearing serial number MG500908, (4) a HK VP9 9mm caliber handgun, bearing serial number 224-198127, (5) a Sport King .22 LR caliber handgun, bearing serial number G07779, (6) a Sig Sauer SGM400 .223 caliber rifle, bearing serial number 20L043990, (7) a RIA Imports VR80 12-gauge shotgun, bearing serial number R122248, (8) a Benelli Urbino 12-gauge shotgun, bearing serial number V1103329B, (9) a F1 Firearms FDR16 Multi caliber rifle, bearing serial number 11021731, (10) a Springfield Armory Saint Victor Multi caliber rifle, bearing serial number 195632, (11) a Norinco Mak90 7.62X39 caliber rifle, bearing serial number 34488, and (12) a HOWA Model 1500 6.5 Creedmore rifle, bearing serial number B560394, said firearms having been shipped and transported in interstate and foreign commerce; in violation of Title 18, United States Code, Section 922(g)(5)(A).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
On November 12, 2025, HSI Nogales special agents received information regarding a Transnational Criminal Organization (TCO) attempting to smuggle firearms, ammunition and firearm accessories (the contraband) from

*Continued on next page…*

| TIMOTHY P WATSON  Digitally signed by TIMOTHY P WATSON<br>Date: 2025.11.21 15:47:30 -07'00' | OFFICIAL TITLE & NAME:<br>HSI Special Agent Tim Watson |
|---|---|

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 24, 2025 |
|---|---|

[1] **See Federal rules of Criminal Procedure Rules 3 and 54**
Reviewing AUSA S. Hepford

Arizona to Mexico. The Mexican coordinator was looking for someone to transport the contraband from Arizona to Mexico via the Nogales Port of Entry.  HSI Undercover Agents (UCAs) communicated with the Mexican coordinator via telephone and agreed to transport the contraband. The Mexican coordinator provided the UCAs with the phone number of the Arizona connection who would be delivering the contraband to the UCAs. The UCAs communicated with the Arizona connection who was later identified as **Roberto CASTRO-Garcia (CASTRO)**.  **CASTRO** informed the UCAs he was in possession of the contraband in Phoenix, AZ and was trying to transport it to Mexico. On November 20, 2025, HSI SAs, Border Patrol Tactical Unit (BORTAC), and Glendale Police Department conducted a controlled delivery to intercept the contraband from **CASTRO**. At approximately 4:25 PM, **CASTRO** called the UCAs and informed them he was driving a green Volkswagen Beetle and was at the Tamarron Apartments located at 4410 N 99th Ave, Phoenix, AZ. At this time, HSI special agents (Sas) obtained visual of a green Volkswagen Beetle driving through the apartment complex. Law enforcement maintained visual of the Beetle as it made a slow lap through the complex. The Beetle then exited the complex and drove across 99th Ave to another apartment complex. The Beetle slowly drove through the complex and parked twice before traveling to the Southeast corner of the complex and parked next to the UCA vehicle.

**CASTRO** then exited the driver's seat of the Beetle and began talking to the UCAs. **CASTRO** then began retrieving multiple firearms from his vehicle and placing them in the trunk of the UCA vehicle. UCAs confirmed the firearms were being loaded into their vehicle and then BORTAC arrested the UCAs and **CASTRO**. **CASTRO** was taken into custody and transported for processing. BORTAC and HSI SA Dana Elich transported the contraband. The total items seized were 7 rifles, 5 handguns, ammunition and firearms accessories.

The handguns included: (1) a Glock 36, .45 Auto bearing serial number DV5730US, (2) a Colt 1911, .45 caliber bearing serial number GV233270, (3) a Springfield XD, .45 caliber bearing serial number MG500908, (4) a HK VP9 9mm caliber bearing serial number 224-198127, and (5) a Sport King .22 LR caliber bearing serial number G07779.

The rifles included: (1) a Sig Sauer SGM400 .223 caliber bearing serial number 20L043990, (2) a RIA Imports VR80 12 Gauge bearing serial number R122248, (3) a Benelli Urbino 12 Gauge bearing serial number V1103329B, (4) a F1 Firearms FDR16 Multi caliber bearing serial number 11021731, (5) a Springfield Armory Saint Victor Multi Caliber bearing serial number 195632, (6) a Norinco Mak90 7.62X39 caliber bearing serial number 34488, and (7) a HOWA Model 1500 6.5 Creedmore bearing serial number B560394.  In addition, the contraband included multiple boxes and loos 12-gauge shotgun shells, and magazines of various calibers, firearm cleaning supplies, and an assortment of handgun cases.

At approximately 5:25 PM, **CASTRO** was read his Miranda Rights aloud by SA Elich in Spanish as **CASTRO** indicated that is his preferred language. **CASTRO** requested an attorney be present prior to any questioning by HSI. At this time the interview was concluded. Several minutes later, **CASTRO** informed SA Elich he wanted to talk without an attorney present. SA Elich began recording and once again asked **CASTRO** if he understood his Miranda Rights, to which he stated yes. **CASTRO** stated he knew the firearms he was caught with were going to be transported to unknown subjects in Mexico. **CASTRO** stated he illegally entered the United States about three years ago and currently has no documentation or petitions to allow him to remain in the United States. Agents confirmed through immigration records that **CASTRO** had previously been deported.